**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01663-CR

### EX PARTE BRIAN CLONINGER

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90036-V**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying his motion seeking a reduction of his pretrial bail. This is an accelerated appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order. The clerk's record shall contain a copy of the trial court's certification of appellant's right to appeal. Because this is an accelerated appeal, no extensions will be granted.

We **ORDER** Robin Benton, official court reporter of the 292nd Judicial District Court, to file, within **FIFTEEN DAYS**, the reporter's record of all hearings related to appellant's motion to reduce bail. Because this is an accelerated appeal, no extensions will be granted.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. We **ORDER** the State to file its brief within **FORTY-FIVE DAYS** of the date of this order. If

any party does not file its brief within the time, the appeal will be submitted without that party's brief. *See* Tex. R. App. P. 31.1.

The appeal will be submitted without argument on **February 13, 2014** to a panel consisting of Justices Lang-Miers, Myers, and Lewis.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court; Robin Benton, official court reporter, 292nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE